No. 785. Halko *v.* Anderson. C. A. 3d Cir. Certiorari denied. *Joseph Nissley* for petitioner.

No. 804. National Labor Relations Board *v.* Adams Dairy, Inc. C. A. 8th Cir. Certiorari denied. *Solicitor General Marshall, Dominick L. Manoli* and *Norton J. Come* for petitioner. *J. Leonard Schermer* for respondent.

No. 805. Sylvester et al. *v.* Messler, Administratrix. C. A. 6th Cir. Certiorari denied. *Paul B. Mayrand* for petitioners. *William J. Eggenberger* for respondent.

No. 806. Clark Marine Corp. *v.* Cargill, Inc., et al. C. A. 5th Cir. Certiorari denied. *Edward Donald Moseley* for petitioner. *Robert L. Stern, Erwin C. Heininger* and *Laurance W. Brooks* for respondents.

No. 807. Interstate Commerce Commission *v.* Northwest Agricultural Cooperative Association, Inc. C. A. 9th Cir. Certiorari denied. *Solicitor General Marshall, Robert W. Ginnane* and *Bernard A. Gould* for petitioner. *Frank E. Nash* for respondent.

No. 809. Winchester Drive-In Theatre, Inc., et al. *v.* Twentieth Century-Fox Film Corp. et al. C. A. 9th Cir. Certiorari denied. *Joseph L. Alioto* for petitioners. *Thomas E. Haven* and *Robert D. Raven* for respondents.

No. 817. Tansel *v.* Photon, Inc. C. A. 1st Cir. Certiorari denied. *Earl Babcock* and *Elliott I. Pollock* for petitioner. *Melvin R. Jenney* for respondent.